SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID KLINE
Principal Deputy Director
Office of Immigration Litigation
ELIZABETH J. STEVENS VSBN 47445
Trial Attorney
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney

   P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-1246
   FAX: (202) 233-0397

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YINAN ZHANG, et al., | ) No. C-07-0503-SBA |
|     Plaintiffs, | ) **STIPULATION TO MODIFY THE COURT'S CASE MANAGEMENT** |
|     v. | ) **SCHEDULING ORDER and ORDER** |
| ALBERTO R. GONZALES, et al., | ) Scheduled CMC Date: May 3, 2007 |
|     Defendants. | ) Time: 2:30 p.m. <br> ) Via telephone |

STIPULATION TO EXTEND CMS DATES
No. C-07-0503-SBA                  1

1   Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate, subject to
2   the approval of the Court, to extend the deadline for initial disclosures and the joint case
3   management statement, currently due on April 25, 2007, and to extend the date of the Case
4   Management Conference, currently scheduled for May 3, 2007, based on the following:
5       (1) Plaintiffs' first amendment complaint seeking declaratory and injunctive relief was filed
6       on February 8, 2007.
7       (2) The parties agree that Defendants' responsive pleading is not due until April 30, 2007.
8   To allow the parties sufficient time to complete their initial disclosures and file a joint case
9   management statement, the parties request the Court to extend the date deadline for initial
10  disclosures and the joint case management statement, which are currently due on April 25, 2007, to
11  May 7, 2007.  The parties further ask the Court to extend the date of the case management
12  conference, currently scheduled for May 3, 2007, to May 17, 2007.

                                                       Respectfully submitted,

Date:  April 24, 2007                             /s/
                                                       JEFFREY S. ROBINS
                                                       Trial Attorney
                                                       Attorney for Defendants

Date:  April 24, 2007                             /s/
                                                       CECILLIA D. WANG
                                                       American Civil Liberties Union Foundation
                                                       Immigrants' Rights Project
                                                       Attorney for Plaintiffs

                                                       _____
                                                       *Filer's Attestation: Pursuant to General Order*
                                                       *No. 45, Section X(B) regarding signatures,*
                                                       *Jeffrey Robins hereby attests that concurrence in*
                                                       *the filing of the document has been obtained.*

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for May 3, 2007 shall be CONTINUED to May 17, 2007, at 2:45 p.m., via telephone. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Date: 4/30/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge