1  CECILLIA D. WANG (CA Bar No. 187782)
   LUCAS GUTTENTAG (CA Bar No. 90208)
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
3  39 Drumm Street
   San Francisco, CA 94111
4  Telephone: (415) 343-0775
   Facsimile: (415) 395-0950
5  Email: CWang@aclu.org

6  Attorneys for Plaintiffs
   *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YINAN ZHANG, ALIA AHMEDI, ZHONG FU, ABDUL GHAFOOR, MIAO LING HUANG, SANA JALILI, YAN WANG, YAN YIN,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States,<br><br>Defendants-Respondents. | Case No. 07-CV-0503-SBA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) AND PROPOSED ORDER** |

Additional Plaintiffs' counsel:

JULIA HARUMI MASS (CA Bar No. 189649)
ALAN L. SCHLOSSER (CA Bar No. 49957)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING
JOREN LYONS (CA Bar No. 203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

TODD GALLINGER (CA Bar No. 238666), Of Counsel
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
 (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875


Counsel for Defendants:

SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN W. SWANSON (CA Bar No. 88143)
Chief, Civil Division
EDWARD A. OLSEN (CA Bar No. 214150)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
DAVID KLINE
Principal Deputy Director, Office of Immigration Litigation
ELIZABETH J. STEVENS
Trial Attorney, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 233-0397

2
NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER

1   PLEASE TAKE NOTICE that Plaintiffs ALIA AHMADI, ZHONG FU, ABDUL
2  GHAFOOR, MIAO LING HUANG, SANA JALILI, YAN WANG, and YAN YIN
3  hereby voluntarily dismiss their claims in the above-captioned action without prejudice.
4   On January 24, 2007, Plaintiff YINAN ZHANG commenced this action by filing
5  a Petition for Hearing on Naturalization Application under 8 U.S.C. § 1447(b).  On
6  February 8, 2007, the Plaintiffs other than Mr. Zhang – ALIA AHMADI, ZHONG FU,
7  ABDUL GHAFOOR, MIAO LING HUANG, SANA JALILI, YAN WANG, and YAN
8  YIN (collectively, "the Class Plaintiffs") – joined the action filed by Mr. Zhang and all
9  Plaintiffs filed a First Amended Complaint for Declaratory and Injunctive Relief and
10 Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b).
11  By mutual agreement of the Plaintiffs, Plaintiff YINAN ZHANG has now elected
12 not to continue as a putative class representative in this action and has retained new
13 counsel to represent him individually.  The Class Plaintiffs wish to continue litigation as
14 a putative class with current counsel, ACLU Immigrants' Rights Project, ACLU
15 Foundation of Northern California, Asian Law Caucus, and Coalition on American-
16 Islamic Relations-San Francisco Bay Area (of counsel).  Toward that end, the Class
17 Plaintiffs dismiss their claims in the instant action pursuant to Federal Rule of Civil
18 Procedure 41(a)(1) with the intention of re-filing a new class action complaint.
19  Voluntary dismissal without prejudice is permitted "at any time before service by
20 the adverse party of an answer or of a motion for summary judgment, whichever first
21 occurs." Fed.R.Civ.Proc. 41(a)(1)(i).  Here, voluntary dismissal is appropriate because
22 defendants have not filed an answer or a motion for summary judgment.  Moreover,
23 defendants do not oppose this dismissal and concur with Class Plaintiffs' plan to re-file a
24 new class action complaint and give notice of its relation to the above-captioned case.
25  Finally, the Class Plaintiffs have not previously dismissed any action relating to
26 the claims raised in the instant action.  Therefore, this dismissal is made without
27 prejudice to re-filing a new complaint and is not an adjudication on the merits.
28 Fed.R.Civ.Proc. 41(a)(1).

| | | |
|---|---|---|
| 1 | Dated:  June 12, 2007 | Respectfully submitted, |
| 2 | | CECILLIA D. WANG |
| | | LUCAS GUTTENTAG |
| 3 | | AMERICAN CIVIL LIBERTIES UNION |
| | |    FOUNDATION |
| 4 | | IMMIGRANTS' RIGHTS PROJECT |
| | | 39 Drumm Street |
| 5 | | San Francisco, CA  94111 |
| 6 | | JULIA HARUMI MASS |
| | | ALAN L. SCHLOSSER |
| 7 | | AMERICAN CIVIL LIBERTIES UNION |
| | | FOUNDATION OF NORTHERN |
| 8 | | CALIFORNIA |
| | | 39 Drumm Street |
| 9 | | San Francisco, CA  94111 |
| 10 | | SIN YEN LING |
| | | JOREN LYONS |
| 11 | | ASIAN LAW CAUCUS |
| | | 939 Market Street, Suite 201 |
| 12 | | San Francisco, CA  94103 |
| 13 | | TODD GALLINGER |
| | | Of Counsel |
| 14 | | COUNCIL ON AMERICAN-ISLAMIC |
| | | RELATIONS (CAIR) – SAN |
| 15 | | FRANCISCO BAY AREA |
| | | 3000 Scott Boulevard, Suite 212 |
| 16 | | Santa Clara, CA 95054 |
| 17 | | |
| | | By:      /s/        |
| 18 | | JULIA HARUMI MASS |
| 19 | | Attorneys for Plaintiffs ALIA AHMADI, |
| | | ZHONG FU, ABDUL GHAFOOR, MIAO |
| 20 | | LING HUANG, SANA JALILI, YAN |
| | | WANG, and YAN YIN |

4
NOTICE OF VOLUNTARY DISMISSAL AND PROPOSED ORDER

**ORDER**

The claims of Plaintiffs Alia Ahmadi, Zhong Fu, Abdul Ghafoor, Miao Ling Huang, Sana Jalili, Yan Wang, and Yan Yin (collectively, the "Class Plaintiffs"), are dismissed without prejudice to re-filing of their claims in a separate action, pursuant to Federal Rule of Civil Procedure 41(a)(1). Dismissal of the claims of the "Class Plaintiffs" shall not be deemed an adjudication on the merits.

SO ORDERED.

Dated: June  26 , 2007

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE