**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| YINAN ZHANG, ALIA AHMADI, ZHONG FU, ABDUL GHAFOOR, MIAO LING HUANG, SANA JALILI, YAN WANG, YAN YIN,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States,<br><br>Defendants-Respondents. | No. C 07-0503 SBA<br><br>**ORDER** |

On July 31, 2007, the Court held a hearing on its order that plaintiff Yinan Zhang show cause why this case should not be dismissed for failure to prosecute. Plaintiff 1) failed to appear at the hearing as ordered by the Court; 2) failed to file file a Certificate of Counsel as ordered by the Court; 3) has failed to register for Electronic Case Filing, as required by the is Court; and 4) failed to file an opposition to defendants' motion to dismiss. Accordingly, the Court hereby ORDERS that plaintiff's case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Date: 9/4/07

*Saundra B Armstrong*

Saundra Brown Armstrong

United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANG et al, | Case Number: CV07-00503 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GONZALEZ et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexandre Nicholas Lebecki
Law Office of Alexandre Lebecki
11693 San Vicente Blvd #417
Los Angeles, CA 90049

Dated: September 5, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2